**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TERESA LEE,

    Plaintiff,

v.                             CASE NO 8:18-cv-355-T-24TGW

CREDIT CONTROL SERVICES, INC..

    Defendant.

---

## NOTICE DISMISSAL WITHOUT PREJUDICE

---

COMES NOW, Plaintiff Teresa Lee, through her undersigned counsel, would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter without prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on April 13, 2018.

                                                s/*William B. Bowles*
                                                William B. Bowles, Esquire
                                                Florida Bar No. 0122998
                                                William Peerce Howard, Esquire
                                                Florida Bar No. 0103330
                                                The Consumer Protection Firm
                                                4030 Henderson Boulevard
                                                Tampa, FL 33629
                                                Telephone: (813) 500-1500
                                                Facsimile: (813) 435-2369
                                                BillBowles@TheConsumerProtectionFirm.com
                                                Billy@TheConsumerProtectionFirm.com
                                                *Attorney for Plaintiff*